JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES S. JONES, III,                    ) Case No. CV 15-2894-SP
           Petitioner,          )
                    )
          v.                           )         **JUDGMENT**
                    )
ROBERT FOX, Warden,                     )
           Respondent.          )
                    )

      Pursuant to the Memorandum Opinion and Order Granting Motion to Dismiss filed contemporaneously with the filing of this Judgment,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 25, 2016

                               _____
                               SHERI PYM
                               UNITED STATES MAGISTRATE JUDGE